IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-681-GPG

**MAZEN ARAKJI**,
**(The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

    Plaintiff,

v.

**MARTINEZ, ET AL.**,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motions for seeking discovery (ECF No. 4) and for a shorter period to respond to interrogatory (ECF No. 5) are **DENIED** as premature.

Dated:  April 21, 2015