IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-681-GPG

**MAZEN ARAKJI**,

    Plaintiff,

v.

**MARTINEZ, ET AL.**,

    DefendantS.

---

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge, and when applicable to a magistrate judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge, and when applicable to a magistrate judge.

DATED at Denver, Colorado, this 27th day of April, 2015.

BY THE COURT:

S/ Gordon P. Gallagher

Gordon P. Gallagher
United States Magistrate Judge