IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00681-CMA-MJW

MAZEN ARAKJI,

Plaintiff,

v.

MARTINEZ,
BECKER,
BREWER,
FAYLES,
LEASE,
LINGLE,
SORRELLES,
AUSTIN,
JOHN DOES 1 - 19, and
BROOMFIELD CITY AND COUNTY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Application to the Court for Default Judgment (Docket No. 20) is DENIED.  Defendant City & County of Broomfield appeared on April 21, 2015, and requested an extension of time to file a response to the Complaint (Docket No. 15); on April 27, 2015, that motion was granted (Docket No. 19).  Accordingly, Defendant City & County of Broomfield is not in default.

     The Court notes, however, that Judge Gallagher's order granting the extension is somewhat ambiguous—setting two alternative deadlines, without noting whether the greater or lesser of the two deadlines shall apply.  It is hereby ORDERED that the lesser of the two deadlines shall apply.  Accordingly, it is further ORDERED that Defendant City & County of Broomfield shall file an answer or other response to Plaintiff's Complaint on or before June 26, 2015 (which date is 60 days from the date of Judge Gallagher's order).  There is no proof of service or waiver as to any Individual defendants at this point, and the Court declines to disturb the deadlines set under Rule 12 (which comport with Judge Gallagher's order) as to the individual deadlines.

Date: April 30, 2015