IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00681-CMA-MJW

MAZEN ARAKJI,

Plaintiff,

v.

MARTINEZ,
BECKER,
BREWER,
FAYLES,
LEASE,
LINGLE,
SORRELLES,
AUSTIN,
JOHN DOES 1 - 19, and
BROOMFIELD CITY AND COUNTY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that Plaintiff's Motion for Compelling Initial Disclosures of Address of Defendant Police Officer Cliff Hess So That He May Be Served With Complaint and Summons (Docket No. 18) is DENIED WITHOUT PREJUDICE.

　　Under Rule 26(d)(1), no discovery may be sought until after the Rule 26(f) conference.  Plaintiff's has not represented whether the City & County of Broomfield has declined to accept service on Officer Hess's behalf, or whether Officer Hess has been asked to waive service.  Further, Plaintiff has not amended the complaint to name Officer Hess as a defendant.  There is no cause shown for early discovery.

Date: May 1, 2015