IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00681-CMA-MJW

MAZEN ARAKJI,

Plaintiff,

v.

MARTINEZ,
BECKER,
BREWER,
FAYLES,
LEASE,
LINGLE,
SORRELLES,
AUSTIN,
JOHN DOES 1 - 19, and
BROOMFIELD CITY AND COUNTY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Compelling Defendant City and County of Broomfield to Produce Names and Addresses of Police Officers **(Docket No. 45)** is **GRANTED IN PART and DENIED IN PART**.  More specifically:

    - The parties shall exchange their Rule 26(a)(1) initial disclosures on or before Friday, May 29, 2015.

    - Defendants' initial disclosures shall include the names of all John Does who can be identified based on the allegations in the Amended Complaint and other information available to Defendants.

    - Defendants' initial disclosures shall also include either (1) a work address or agent upon which service for those John Does can be effected, or (2) an agreement to waive service once a second amended complaint naming those John Does has been filed.

- Defendants' Unopposed Motion for Clarification of Deadline to File Responsive Pleading **(Docket No. 55)** is **GRANTED**. More specifically:

    - It is hereby ORDERED that Defendant City & County of Broomfield shall file an answer or other response to Plaintiff's Amended Complaint (Docket No. 44) on or before June 26, 2015.

    - Noting that Plaintiff intends to move for leave to file a second amended complaint identifying further John Doe defendants, it is further ORDERED that--should Plaintiff do so--Defendant City & County of Broomfield shall file an answer or other response to such second amended complaint by the later of June 26, 2015, or 21 days after the second amended complaint is accepted for filing.

- Plaintiff's Motion for Compelling Defendant City and County of Broomfield for Initial Disclosure of True Names of Officers John Doe 19 and John Doe 4 **(Docket No. 56)** is **DENIED AS MOOT**. The relief Plaintiff seeks shall be provided by Defendant pursuant to the Court's order, above, on Plaintiff's earlier motion to compel initial disclosures (Docket No. 45).

Date: May 22, 2015