IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00681-CMA-MJW

MAZEN ARAKJI,

Plaintiff,

v.

MARTINEZ,
BECKER,
BREWER,
FAYLES,
LEASE,
LINGLE,
SORRELLES,
AUSTIN,
JOHN DOES 1 - 19, and
BROOMFIELD CITY AND COUNTY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　　It is hereby ORDERED that Plaintiff's Motion for Leave to File a Second Amended Complaint (Docket No. 66) is GRANTED for the following reasons.  Plaintiff's proposed Second Amended Complaint (Docket No. 66-1) is ACCEPTED FOR FILING.

　　　　Under Federal Rule of Civil Procedure 15(a)(2), leave to amend shall be freely given when justice so requires.  Although Defendants argue that leave would be futile because the complaint fails to state a claim, there is no motion to dismiss pending in this case and the Court will not prejudge the issue in the context of this motion.

Date: June 25, 2015