**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00681-CMA

MAZEN ARAKJI,

     Plaintiff,

v.

CLIFF HESS,
ANDREW MARTINEZ,
ROBERT BREWER,
CHRISTOPHER FAYLES,
TRACEY LEESE,
JASON LINGLE,
BRENDA SORRELES,
STEVE AUSTIN,
DAN McQUEEN,
ERIC FREDRICK,
NEIL MARTINEZ,
VINCENT LOPEZ,
DESHAWN ABRAM, John Doe 6 and John Doe 7,
HERMAN HEARD,
PAUL SEGURA,
KARL FORD,
SHAWN LAUGHLIN,
MARK THOMPSON,
ANDREW JOHNSON,
DWITAMA SUMARSAM,
SCOTT LAFLEUR,
HEIDI WALTS,
JASON HEBRARD,
STEVE FRANZ,
CHRIS KEARNS,
HEIDI SCOTT, and
BROOMFIELD CITY AND COUNTY,

     Defendants.

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

The matter before the Court is Defendants Clint Hess, Andrew Martinez, Robert Brewer, Christopher Fayles, Tracey Leese, Jason Lingle, Brenda Sorreles, Steve Austin, Eric Frederick, Neil Martinez, Herman Heard, Paul Segura, Shawn Laughlin, Mark Thompson, Andrew Johnson, Dwitama Sumarsam, Scott LaFleur, Heidi Walts, Jason Hebrand, Steve Franz, Chris Kearns, Deshawn Abram, Vincent Lopez and Heidi Scott's Motion to Modify the Scheduling Order.  (Doc. # 137.)  Defendants City and County of Broomfield ("Broomfield") and Karl Ford join in the request to modify the scheduling order.  (*Id.*)  Plaintiff did not file a response regarding his position on the motion.

On July 23, 2015, a Scheduling Conference was held before Magistrate Judge Watanabe.  (Doc. # 111.)  According to the approved Scheduling Order, the discovery cutoff is currently January 29, 2016, with the dispositive motion deadline being February 29, 2016.  Affirmative expert designation and disclosures are due November 30, 2015, rebuttal expert designation and disclosures are due December 30, 2015, and all written discovery is to be propounded by December 15, 2015.

On November 16, 2015, the Court denied Plaintiff's motion for leave to file a third amended complaint.  (Doc. # 138.)  Based on Defendants' arguments and the present status of this matter, the Court finds that a continuance of some of the deadlines and settings in this matter is warranted, although not to the extent requested by Defendants.

Accordingly, it is ORDERED that the Motion (Doc. # 137) is GRANTED to the extent that the Scheduling Order (Doc. # 111) is modified as follows:

- Discovery Deadline (including Written Discovery)    January 30, 2016

- Affirmative Expert Disclosure Deadline    December 30, 2015

- Rebuttal Expert Disclosure Deadline    January 30, 2016

- Dispositive Motions Deadline    February 29, 2016

DATED: November 30, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge